Jerrin A. WRIGHT, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 247, 2015

Supreme Court of Delaware.

Submitted: August 5, 2015
Decided: October 1, 2015

Court Below—Superior Court of the State of Delaware, in and for Kent County, Cr. ID No. 9702016179

AFFIRMED.